Evan Livingstone (SBN 252008)
**California Rural Legal Assistance, Inc.**
1160 N Dutton Ave, Ste 105
Santa Rosa CA 95401
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: elivingstone@crla.org

Attorney for Debtor Duane Anthony Shugart

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Duane Anthony Shugart<br><br>　　Debtor(s) | Case No.　21-90557<br>DCM:　　　EML-001<br>Chapter　　13<br><br>**DEBTOR'S EX PARTE APPLICATION FOR ORDER GRANTING APPROVAL TO APPLY FOR CALHFA MORTGAGE RELIEF FUNDS**<br><br>Judge:　　Hon. Christopher D. Jaime<br>Hearing:　Hearing Not Set |

TO THE UNITED STATES BANKRUPTCY COURT and the CHAPTER 13 TRUSTEE:

　　Pursuant to Bankruptcy Code § 105, Debtor Duane Anthony Shugart requests an order from the Court granting approval for the Debtor to apply for funds from the CalHFA Mortgage Relief Program. The application, which is accessible at https://camortgagerelief.org/, requires that applicants with active bankruptcy cases, obtain a letter from the Chapter 13 Trustee, giving written approval that you "may receive mortgage assistance funds and said funds shall be applied to any first lien loan arrearage on your primary residence."

　　Debtor's attorney contacted the Chapter 13 Trustee, Russell Greer, and was informed that "the Trustee does not provide letters and that they have to file a Motion with the court to get the judge's approval."

　　WHEREFORE, Debtor respectfully requests that this Court disallow grant an order granting approval for Debtor to apply for CalHFA Mortgage Relief Program funds.

Date: January 21, 2022　　　　　　　　/s/Evan Livingstone
　　　　　　　　　　　　　　　　　　Evan Livingstone, Attorney for Debtor

Declaration of Evan Livingstone

I, Evan Livingstone, declare as follows:

1. I am attorney for Debtor, Duane Anthony Shugart, in this bankruptcy case.

2. Debtor Duane Anthony Shugart wishes to apply for funds from the CalHFA Mortgage Relief Program to pay the arrears on his mortgage.

3. The application, which is accessible at https://camortgagerelief.org/, requires that applicants with active bankruptcy cases, obtain a letter from the Chapter 13 Trustee, giving written approval that you "may receive mortgage assistance funds and said funds shall be applied to any first lien loan arrearage on your primary residence."

4. I contacted the Chapter 13 Trustee, Russell Greer, and was informed that "the Trustee does not provide letters and that they have to file a Motion with the court to get the judge's approval."

5. Attached as Exhibit A is a sample trustee approval letter downloaded from the camortgagerelief.org website.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed January 21, 2022 in Santa Rosa, California           /s/Evan Livingstone
                                                              Evan Livingstone

Exhibit A

Sample Trustee Approval Letter

## Bankruptcy Trustee substantiation letter

Dear **California Mortgage Relief Program,**

I, _____ *(name)* am the bankruptcy trustee for _____ *(applicant name)*, who has applied for a grant through the California Mortgage Relief Program.

This letter is acknowledgement that the applicant may receive funds through the California Mortgage Relief Program and that these funds shall be applied to any first lien loan arrearage on their primary residence.

I further acknowledge that I understand that these funds will go directly to the applicant's mortgage servicer and will not become part of the applicant's bankruptcy estate.

_____
Signature
Name:
Title:
Email:
Phone Number:

Date: