RUSSELL D. GREER CHAPTER 13 STANDING TRUSTEE
TALVINDER S. BAMBHRA, #230907, ATTORNEY FOR TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DUANE ANTHONY SHUGART<br><br><br><br><br><br>Debtor(s). | Case No.: 21-90557<br>D.C. No.: RDG-2<br><br>CHAPTER 13<br><br>NOTICE OF HEARING ON MOTION FOR ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. SECTION 1307<br><br>DATE: April 26, 2022<br>TIME: 1:00 PM<br>DEPT.: B |

**TO THE DEBTOR(S) AND HIS/HER ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that at 1:00 PM on April 26, 2022, in Department B of the U.S. Bankruptcy Court, 1200 I Street, Suite 200, Modesto, California, the Court will hear the motion of Russell D. Greer, Chapter 13 Standing Trustee, for an order dismissing the above-referenced case pursuant to 11 U.S.C. Section 1307. This motion is brought pursuant to LBR 9014-1(f)(2). No written opposition is required.

You can determine whether this matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

**FAILURE TO APPEAR AT THIS HEARING MAY RESULT IN YOUR CASE BEING DISMISSED.**

Dated: April 12, 2022                   /s/ TALVINDER S. BAMBHRA
                                                     ATTORNEY FOR RUSSELL D. GREER,
                                                     CHAPTER 13 STANDING TRUSTEE