```
2
```
RUSSELL D. GREER CHAPTER 13 STANDING TRUSTEE
TALVINDER S. BAMBHRA, #230907, ATTORNEY FOR TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 21-90557 |
| | D.C. No.: RDG-2 |
| DUANE ANTHONY SHUGART | |
| | CHAPTER 13 |
| | |
| | DECLARATION IN SUPPORT OF MOTION |
| | FOR ORDER DISMISSING CASE PURSUANT |
| | TO 11 U.S.C. SECTION 1307 |
| Debtor(s). | |
| | DATE: April 26, 2022 |
| | TIME: 1:00 PM |
| | DEPT.: B |

　　　　Lynn McCutcheon, employee of Russell D. Greer, Chapter 13 Standing Trustee, declares as follows:

　　　　1.　　I am over the age of 18 and not a party to this action. If called as a witness in this matter, I would testify from personal knowledge to the following.

　　　　2.　　I am employed by Russell D. Greer, Chapter 13 Standing Trustee, and in the course of my employment, I am familiar with his records and procedures, and the records of this case, and I can testify as to both.

　　　　3.　　The Trustee's, and Creditor U.S. Bank Trust National Association's objections to confirmation of Debtor(s) plan, RDG-1, and NLG-1, were heard on February 15, 2022. The Trustee's objection was subsequently withdrawn on February 15, 2022 (DN 36). Creditor U.S. Bank Trust National Association's objection was sustained (DN 37).

　　　　4.　　The Debtor has failed to file set and serve an amended/modified plan to date.

　　　　5.　　As of April 12, 2022, plan payments under the confirmed/unconfirmed plan in this case are delinquent in the sum of $ N/A   ; the last payment having been received on April 4, 2022.

///

///

1

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct. |
| 2 | Executed on April 12, 2022, at Modesto, California. |

          /s/ Lynn McCutcheon
          Employee of
          RUSSELL D. GREER,
          CHAPTER 13 STANDING TRUSTEE