```
2
RUSSELL D. GREER CHAPTER 13 STANDING TRUSTEE
TALVINDER S. BAMBHRA, #230907, ATTORNEY FOR TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
TELEPHONE (209) 576-1954
```

UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DUANE ANTHONY SHUGART<br><br><br><br>                      Debtor(s). | Case No.:    21-90557<br>D.C. No.:    RDG-2<br><br>CHAPTER 13<br><br>PROOF OF SERVICE BY MAIL<br><br>DATE:     April 26, 2022<br>TIME:     1:00 PM<br>DEPT.:    B |

STATE OF CALIFORNIA, COUNTY OF STANISLAUS

I am employed in the County of Stanislaus, State of California. I am over the age of 18 and not a party to the within action. My business address is P.O. Box 3051, Modesto, CA 95353-3051.

On April 12, 2022, I served the:

**MOTION FOR ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. SECTION 1307; DECLARATION IN SUPPORT OF MOTION FOR ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. SECTION 1307; and NOTICE OF HEARING ON MOTION FOR ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. SECTION 1307,**

on the following interested parties by placing a true copy thereof in a sealed envelope with the Trusteeship's mail room personnel for affixing fully prepaid postage and mailing in the United States mail at Modesto, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

//

//

| | | |
|---|---|---|
| 1 | DUANE ANTHONY SHUGART<br>2537 PARKDALE DR<br>MODESTO, CA 95358 | EVAN LIVINGSTONE<br>CALIFORNIA RURAL LEGAL ASSISTANCE I<br>1160 N DUTTON AVE STE 105<br>SANTA ROSA, CA 95401 |

UNITED STATES TRUSTEE
(not mailed, service waived by the United States Trustee with respect to documents filed and served by the Chapter 13 Standing Trustee)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2022, at Modesto, California.

/s/ Lynn McCutcheon
Lynn McCutcheon

2