Evan Livingstone (SBN 252008)
California Rural Legal Assistance, Inc.
1160 N Dutton Ave, Ste 105
Santa Rosa CA 95401
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: elivingstone@crla.org

Attorney for Debtor Duane Anthony Shugart

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

DUANE ANTHONY SHUGART

    Debtor(s)

Case No.   21-90557
DCN:       EML-4
Chapter    13

**MOTION TO CONFIRM CHAPTER 13 PLAN (11 U.S.C. § 1324)**

Judge: Hon. Christopher D. Jaime
Hearing:
Date:   June 7, 2022
Time:   1:00 PM
Dept:   B, 1200 I Street, Suite 200
         Modesto, CA 95354

**TO ALL CREDITORS, THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    At the above date, time and place, Debtor Duane Anthony Shugart will move the Court for an order to confirm Debtor's attached Amended Chapter 13 Plan of April 22, 2022, pursuant to 11 U.S.C. §1324 and LR 3015-1 (d)(1). The Plan complies with the requirements 11 U.S.C. §1324, the provisions of Chapter 13 and other provision of the bankruptcy code.

    This motion is supported by Debtor's declaration filed concurrently.

    WHEREFORE, Debtor prays that this Court grant confirm his Amended Chapter 13 Plan of April 22, 2022, after notice and opportunity to be heard.

Dated: April 28, 2022                         /s/Evan Livingstone
                                                               Evan Livingstone
                                                               Attorney for Debtor