**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Case No. 21-90557 - B - 13 |
| Duane Anthony Shugart, | ) Docket Control No. EML-4 |
|           Debtor. | ) Document No. 59 |
| | ) Date: 06/07/2022 |
| | ) Time: 1:00 PM |
| | ) Dept: B |

**Order**

The motion is ORDERED GRANTED for reasons stated in the minutes.
Counsel for the Debtor shall prepare an appropriate order confirming
the Chapter 13 Plan, transmit the proposed order to the Chapter 13
Trustee for approval as to form, and if so approved, the Chapter 13
Trustee will submit the proposed order to the court.

**Dated:** June 10, 2022

Christopher D. Jaime, Judge
**United States Bankruptcy Court**

[59] - Motion/Application to Confirm Chapter 13 Plan [EML-4] Filed by Debtor Duane Anthony
Shugart (kvas)